**THE HONORABLE ROBERT J. BRYAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MICHAEL HAGEN,<br><br>Defendant. | NO. CR10-5683-RJB<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO APPLY MONIES HELD IN THE REGISTRY OF THE COURT TO RESTITUTION** |

This matter having come before the Court upon the United States' Motion to Apply Monies Held in the Registry of the Court to Restitution, and having considered the pleadings herein and for good cause shown,

IT IS ORDERED that the Clerk of the United States District Court, Western District of Washington, withdraw the funds being held in the Registry of the Court, and apply those funds toward the defendant's outstanding restitution obligation.

DATED this 7th day of September, 2012.

_____
ROBERT J. BRYAN
United States District Judge